No. 982.    GEORGE J. WAGONER ET AL. *v.* CITY OF LA-GRANDE, OREGON, ET AL.    Error to the Supreme Court

of the State of Oregon. April 15, 1919. Docketed and dismissed with costs, on motion of *Mr. Will R. King* for defendants in error. No one opposing.